KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID GROM,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　Defendant. | Case # 1:18-CV-01361−SKO<br><br>STIPULATED EXTENSION OF TIME<br><br>(Doc. 12) |

The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have a first extension of time to file Plaintiff's confidential breif, in accordance with the scheduling order. Document 5-1, Section 12. Plaintiff's counsel has been having health problems and needs more time to prepare the opening brief.  Confidential Brief shall now be due on August 15, 2019.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated July 29, 2019.　　　　　/s/ Kelsey M Brown
　　　　　　　　　　　　　　　KELSEY MACKENZIE BROWN CA #263109

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

Mackenzie Legal, PLLC
1003 Whitman
Tacoma, WA 98406
(206) 300-9063
Attorney for Plaintiff

Dated July 29, 2019:  <u>s/ KELSEY M. BROWN for Ellinor Coder</u>
ELLINOR CODER
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

ORDER

Based on the parties' above-stipulation (Doc. 12), and for good cause under Fed. R. Civ. P. 16(b)(4) shown, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time, up to and including August 15, 2019, to file his Confidential Letter Brief.

All other deadlines set forth in the Scheduling Order (Doc. 6) are modified accordingly.

IT IS SO ORDERED.

Dated: **July 30, 2019**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

Page 2    STIPULATION; ORDER
         [1:18-CV-01361−SKO]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063