# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GROM, | Case No. 1:18-cv-01361-SKO |
| Plaintiff, | **ORDER GRANTING STIPULATED EXTENSION OF TIME** |
| v. | **(Doc. 19)** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

The Court is in receipt of Plaintiff's "Stipulated Extension of Time." (Doc. 19.) Pursuant to the Court's minute order (Doc. 18), Plaintiff's Opening Brief was due January 13, 2020, the same day on which Plaintiff filed the present request for extension.

Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules"). Local Rule 144(d) explains that "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." The parties are hereby ADMONISHED that any future requests for extensions of time shall be brought in advance of the required filing date and be supported by good cause under Fed. R. Civ. P. 16(b)(4). However, given counsel's representations regarding her health problems (*see* Doc. 19 at 1), and the fact that Defendant consents to the request, the Court GRANTS the request for an extension.

IT IS HEREBY ORDERED that Plaintiff has until January 17, 2020, to file his Opening Brief. All other dates in the Scheduling Order (Doc. 6) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **January 14, 2020**     /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE